**208 So.2d 215**

**Joseph ALDIO**

v.

**STATE.**

**6 Div. 487.**

Supreme Court of Alabama.

March 14, 1968.

■

Rogers, Howard, Redden & Mills, Birmingham, for petitioner.

MacDonald Gallion, Atty. Gen., and Robt. F. Miller, Asst. Atty. Gen., for the State, opposed.

COLEMAN, Justice.

Petition of Joseph Aldio for certiorari to the Court of Appeals to review and revise the judgment and decision in Aldio v. State, 44 Ala.App. 303, 208 So.2d 212.

Writ denied.

LIVINGSTON, C. J., and LAWSON and GOODWYN, JJ., concur.